IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. OUDIN, | 1:08-cv-00815-AWI-GSA |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE FROM A REGULAR CIVIL RIGHTS CASE TO A PRISONER CIVIL RIGHTS CASE |
| vs. | |
| TULARE COUNTY SHERIFF'S, et al., | **New Case Number** |
| Defendants. | **1:08-cv-00815-AWI-GSA-PC** |

On June 11, 2008, plaintiff James Oudin ("plaintiff") filed the complaint which commenced this action. (Doc. 1.) The Clerk of the Court designated the action as a civil rights action pursuant to 42 U.S.C. § 1983 Civil Rights Act, with Nature of Suit 440 Civil Rights: Other.

Plaintiff alleges violations of his civil rights by defendants while he was in the custody of the Tulare County Sheriff at the Tulare County Main Jail. Plaintiff is currently out of custody and resides in Lakewood, California. Upon further review by the court, it has been determined that the present action involves prison conditions of confinement, and the court hereby construes the case as a prisoner civil rights action pursuant to 42 U.S.C. § 1983. Therefore, the Clerk of the Court shall change the designation of the present case to reflect that of a prisoner civil rights action pursuant to 42 U.S.C. § 1983, with Nature of Suit 550.

Plaintiff is advised that the new case number shall be **1:08-cv-00815-AWI-GSA-PC**, and all future pleadings and/or correspondence must be so numbered. Plaintiff is advised that use of an

1

incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to change the designation of the present case to reflect that of a prisoner civil rights action pursuant to 42 U.S.C. § 1983, with Nature of Suit 550, and to reflect this designation by addition of a PC to the case number;

2. The Clerk is also DIRECTED to reflect the new designation on the court's docket and issue the appropriate notice; and

3. Plaintiff's new case number is **1:08-cv-00815-AWI-GSA-PC**, and all future pleadings and/or correspondence must be so numbered.

IT IS SO ORDERED.

Dated:   **July 22, 2008**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

2