IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. OUDIN, | 1:08-cv-00815 AWI GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| TULARE COUNTY SHERIFF'S DEPARTMENT, et al., | (DOCUMENT #18) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 13, 2009, plaintiff filed a motion to extend time to file his amended complaint pursuant to the Court's order of March 12, 2009. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated: **April 23, 2009**        /s/ **Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE